# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TWONETT HARRIS**                              **PLAINTIFF**

**VS.**                  **CASE NO. 1:16CV00172 BRW/PSH**

**NANCY A. BERRYHILL,**
**Acting Commissioner, Social**
**Security Administration**                              **DEFENDANT**

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Court Judge Billy Roy Wilson. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court Clerk within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Defendant Nancy A. Berryhill ("Berryhill"), in her unopposed motion for voluntary remand (docket entry no. 11) requests this case be reversed and remanded for further administrative proceedings. For good cause, we recommend that the unopposed motion to reverse and remand be

granted.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

    IT IS SO ORDERED this 28th day of July, 2017.

                                            _____
                                            UNITED STATES MAGISTRATE JUDGE