# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**TWONETT HARRIS**                                                                                    **PLAINTIFF**

**VS.**                                    **1:16CV00172 BRW/PSH**

**NANCY A. BERRYHILL,**
**Acting Commissioner, Social**
**Security Administration**                                                                    **DEFENDANT**

### ORDER

    I have received proposed Findings and Recommendations from Magistrate Judge Patricia

S. Harris, which are unopposed. Accordingly, I approve and adopt the Findings and

Recommendations in all respects.

    IT IS SO ORDERED this 28th day of July, 2017.


                                   /s/ Billy Roy Wilson
                                   UNITED STATES DISTRICT JUDGE