IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TWONETT HARRIS**                                                                                           **PLAINTIFF**

VS.                            **1:16CV00172 BRW/PSH**

**NANCY A. BERRYHILL,**
**Acting Commissioner, Social**
**Security Administration**                                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 28th day of July, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE